Lincoln Casualty Company, Appellee, v. Willard Mc-Callister, Individually and as Next Friend of Marvin McCallister, a Minor, and Marvin McCallister, a Minor, Appellants.

Gen. No. 64–27.

Second District.

January 20, 1965.

Rehearing denied February 15, 1965.

Goldsmith, Dyer & Thelin, of Aurora (Richard D. Schiller, of counsel), for appellants; Gates W. Clancy of Geneva (Wendell W. Clancy, of counsel), for appellee. Opinion by JUSTICE CARROLL. **Not to be published in full.**